UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL C. MEGASON,<br><br>Defendant. | Case No. 3:13-cr-00077-LRH-VPC<br><br>ORDER |

Before the court is defendant Michael C. Megason's Unopposed Motion for Early Termination of Probation and Honorable Discharge (ECF No. 47). His early discharge from probation is unopposed by the United States Attorney's Office as well as the United States Probation Office.

The court has considered the documents submitted in support of early termination and honorable discharge from probation, and has reviewed the entire history of this case. At the defendant's sentencing hearing on July 8, 2014, the court expressed its favorable inclination to terminate the defendant's four-year term of probation after two years of successful completion of probation. There have been no substantive violations of Mr. Megason's probation, and the court notes the positive accomplishments of Mr. Megason over the two years of his probationary period.

It appears that the early termination and honorable discharge from probation has been earned by Mr. Megason in this case and the court is pleased to GRANT his

///

1

1  Unopposed Motion for Early Termination of Probation and Honorable Discharge (ECF
2  No. 47).
3
4        IT IS SO ORDERED.
5        DATED this 8th day of September, 2016.

                                            _____
                                            LARRY R. HICKS
                                            UNITED STATES DISTRICT JUDGE